UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGAGION

        Plaintiff(s),

v.

        Defendant(s).
_____/

Case No. 12-CV-00402

Judge  Marianne O. Battani

Magistrate Judge

## NOTICE OF CORRECTION

Docket entry number __128__, filed _____July 3, 2014_____, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☑ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed to include the Partial Payment Order.
- ☐ Other:

If you need further clarification or assistance, please contact _____Kay Doaks_____ at __(313) 234-2627__.

DAVID J. WEAVER, CLERK OF COURT

Dated: July 3, 2014

s/Kay Doaks
Deputy Clerk